IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTOPHER CODY WORSHAM
ADC # 164071                                                        PLAINTIFF

v.                          No. 3:17-cv-149-DPM-JJV

BLAINE CAGLE, Sergeant, Greene
County Sheriff's Department; DAVID
CARTER, Sheriff, Greene County Sheriff's
Department; NATHAN WHITT, Officer,
Greene County Detention Center; SKYLER
JONES, Officer, Greene County Detention
Center; and BOBBY WILLIAMS, Officer,
Green County Detention Center                                      DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, № 5. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Worsham's claims against Sheriff David Carter are dismissed without prejudice for failure to state a claim.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 July 2017