# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER CODY WORSHAM, ADC #164071, | * * * | |
| Plaintiff, | * | |
| v. | * | No. 3:17cv00149-JJV |
| | * | |
| BLAINE CAGLE, Sergeant, Greene County Sheriff's Department; *et al.*, | * * * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 25th day of April, 2018.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE